IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGIE L. ALBERT, and BRENT A. CONAWAY,<br><br>Defendant. | **4:26CR3047**<br><br><br>**ORDER** |

This matter is before the court on the Government's oral motion for speedy trial exemption and request to declare this case as unusual and complex and to adjust the discovery and pretrial motions deadline. Defense counsel did not object to this motion. The court finds from the representations by counsel for the parties during the initial appearances in this matter that this case is so unusual and so complex due to the nature of the prosecution, the counts alleged in the indictment, and the amount of discovery, that it would be unreasonable to expect adequate preparation for pretrial proceedings or for the trial within the time limits established by the Speedy Trial Act. See 18 U.S.C. § 3161(h)(7)(B)(ii). For these reasons and the reasons set forth herein, the court finds good cause and grants the Government's oral motion.

IT IS ORDERED:

1) The government's oral motion is granted.

2) The government shall provide any Rule 16 discovery, with the exception of testimonial and publication history of experts, that it currently has as soon as reasonably possible and, further, any additional Rule 16 discovery obtained, with the exception of testimonial and publication history of experts, as it is received by the government, as soon as reasonably possible. A Telephone Conference is set for August 24, 2026 at 9:00 a.m. before Magistrate Judge Jacqueline M. DeLuca to set further progression deadlines including the deadline for Rule 16 discovery. Counsel for all

parties shall use the conferencing instructions provided by the court to participate in the call.

3) Upon representation of counsel and for the reasons discussed during the hearing, due to the nature of the prosecution, the counts alleged in the indictment, and the amount of discovery, during the initial appearances of these defendants, the court designates this case as an unusual and complex case. 18 U.S.C. 3161(h)(7)(B)(ii). Moreover, the ends of justice have been served by granting such request and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of this motion, i.e. from today's date through August 24, 2026 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act for the reason counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 24th day of June, 2026.

BY THE COURT:
*s/ Jacqueline M. DeLuca*
United States Magistrate Judge