IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGIE L. ALBERT a/k/a ANGIE L. CONAWAY a/k/a ANGIE ALBERT CONAWAY a/k/a ANGIE CONAWAY ALBERT, and BRENT A. CONAWAY,<br><br>Defendants. | 4:26CR3047<br><br>BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |

The United States of America hereby files the following First Bill of Particulars:

1.      In the Forfeiture Allegation of the Indictment returned on June 8, 2026, the United States alleged that, pursuant to 18 U.S.C. §§ 981(1(a)(C), 982(a)(1), and 982(a)(7), it would seek forfeiture of "any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense(s)." (Filing No. 1).

2.      Accordingly, the United States gives notice that as a result of the violations of 18 U.S.C. §§ 1349, 1347, 2, 1957 as alleged in Counts One through Twenty-Two of the Indictment, and particularly alleges that the following property is also subject to forfeiture on the basis of the forfeiture allegations set forth in the Indictment filed in the above-styled criminal case:

- $465,517.77 in funds from Charles Schwab Account XXXX-3389

- $214,611.84 in funds from Charles Schwab Account XXXX-1304

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney

By:    s/ Mikala Purdy-Steenholdt
MIKALA PURDY-STEENHOLDT
(NY#5112289)
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE   68102-1506
Tel: (402) 661-3700
E-mail: Mikala.Purdy-Steenholdt@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on July 27, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the Parties of record.

s/ Mikala Purdy-Steenholdt
MIKALA PURDY-STEENHOLDT
Assistant U.S. Attorney